Petition for Writ of Mandamus Dismissed and Opinion filed February 7,
2008








Petition
for Writ of Mandamus Dismissed and Opinion filed February 7, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00064-CV

____________

 

IN RE LIONEL NEWMAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 29, 2008, relator, Lionel Newman, filed a petition for writ of mandamus
in this Court.  See Tex. Gov=t Code Ann ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  Relator seeks a writ of mandamus compelling the trial
court to allow him discovery and inspection of the State=s evidence because he was denied
access to the evidence prior to trial.

Relator
seeks post-conviction habeas relief.  Although courts of appeals have
jurisdiction in criminal matters, only the Texas Court of Criminal Appeals has
jurisdiction over matters related to final post-conviction felony proceedings. 
Ater v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim. App.
1991) (orig. proceeding).








Because
we do not have jurisdiction over the requested relief, relator=s petition for writ of mandamus is
ordered dismissed.  Relator=s motions for leave to file a petition for writ of mandamus
and to suspend Rule 9.3 of the Texas Rules of Appellate Procedure are further
ordered denied as moot.  

 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed February 7, 2008.

Panel consists of Justices Yates,
Guzman, and Brown.